DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Christopher Trainor**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER TRAINOR, <br><br> Defendant. | Case No. CR-16-405 MAG <br><br> **STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE AND [PROPOSED] ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties that the status conference, currently scheduled for February 2, 2017 at 9:30 a.m. in Courtroom C, be moved to March 30, 2017, at 10:30 a.m. in Courtroom C.

The reason for this stipulation is as follows:

Defense counsel Michael J. Pellegrini, Esq., of Bay Area Criminal Lawyers, PC., is permanently leaving the firm on February 3, 2017. Mr. Trainor's case must be transferred to another attorney within the firm, and that attorney will need time to review the file and become familiarized with the case before replacement defense counsel will be ready to proceed.

**IT IS SO STIPULATED.**

                                                      BRIAN STRETCH, ESQ.
                                                      United States Attorney

Dated: January 31 , 2017          By: /s/Helen Gilbert
                                                      HELEN GILBERT, ESQ.
                                                      Assistant United States Attorney

                                                        Attorneys for **Plaintiff**

Stipulation to Continue Date of Status Conference and [Proposed] Order Thereon
*U.S. v. Trainor;*
Case No. CR-16-405 MAG          1

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: January 31, 2017            By: /s/David J. Cohen
                                         DAVID J. COHEN, ESQ.

Attorneys for Defendant **Christopher Trainor**

**IT IS SO ORDERED.**

Dated: 02/01/2017                  _____
                                         THE HONORABLE LAUREL BEELER
                                         UNITED STATES MAGISTRATE JUDGE

**ECF ATTESTATION**

I, David J. Cohen, Esq., attest that concurrence in e-filing this STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE AND [PROPOSED] ORDER has been received from Assistant United States Attorney HELEN GILBERT, ESQ., in compliance with Civil L.R. 5-1(i)(3).

Dated: January 31, 2017            By: /s/ David J. Cohen
                                         DAVID J. COHEN, ESQ.